UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Heart to Heart Hospice of Forth Worth, LLC

*Plaintiff*

v.

Xavier Becerra

*Defendant*

Case No. 3:24-cv-00034-G

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of) K&L Gates LLP, with offices at

134 Meeting Street, Suite 500
(Street Address)

Charleston (City)   SC (State)   29401 (Zip Code)

843-579-5600 (Telephone No.)   843-579-5601 (Fax No.)

**II.** Applicant will sign all filings with the name Stephen D. Bittinger.

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Heart to Heart Hospice of Forth Worth, LLC

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of <ins>The Supreme Court of South Carolina</ins>, where Applicant regularly practices law.

Bar license number: 104550   Admission date: 8/25/2020

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| State of Ohio | 11/8/2010 | Active |
| State of North Carolina | 10/19/2018 | Active |
| District of Columbia | 10/17/2018 | Active |
|  |  |  |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
|---|---|
| January 4, 2024 | 3:23 cv-02704-X |
| January 4, 2024 | 3:23 cv-02707-D |
| January 4, 2024 | 3:23 cv-2711-E |
| January 4, 2024 | 3:23 cv-2714-S |

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

_____Beth W. Petonio_____, who has offices at

__1717 Main Street, Suite 2800__
(Street Address)

__Dallas__                __TX__            __75201__
(City)                    (State)          (Zip Code)

__214-939-5500__          __214-939-5849__
(Telephone No.)           (Facsimile No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[X] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the __30th__ day of __January, 2024__, _____.

                                               __Stephen D. Bittinger__
                                             Printed Name of Applicant

                                             __/s/Stephen D. Bittinger__
                                             Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that Stephen Daniel Bittinger (Stephen Daniel Bittinger) was duly sworn and admitted as an attorney in this state on August 25, 2020 and is currently a regular member of the South Carolina Bar in good standing.

_Patricia A. Howard_
CLERK

Columbia, South Carolina

January 03, 2024

This certificate of good standing was automatically generated using the South Carolina Attorney Information System. The current status of any person holding a license or certificate to practice law in South Carolina may be obtained using the search function at https://www.sccourts.org/attorneys/dspSearchAttorneys.cfm. For questions and concerns, please contact the Office of Bar Admissions at 803-734-1317.